**IT IS ORDERED as set forth below:**

**Date: September 30, 2010**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: | CHAPTER 7 |
|---|---|
| HABERSHAM DEVELOPMENTS, LLC, | CASE NO. 09-20039-REB |
| Debtor | HONORABLE ROBERT E. BRIZENDINE |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND AUTHORIZING TRUSTEE TO DISBURSE FUNDS AT CLOSING**

The Chapter 7 Trustee, Albert F. Nasuti, filed a Motion for Authority to Sell Real Property of the Estate Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and Authorizing Trustee to Disburse Funds at Closing (hereinafter the "Motion") pursuant to 11 U.S.C. §363(b)(1) and §363(f) seeking an Order authorizing Trustee to sell the estate's interest in unimproved land located on Land Lot 114 of the 10th District of Habersham County, Georgia, and consists of Tract 1A (2.00 acres, more or less), and Tract 1E (2.00 acres, more or less), as shown on Plat of Survey dated September 22, 2008 (hereinafter, the "Property"), to Dr. Malcolm

Anthony McAlister, for $50,000.00, free and clear of liens, with any liens to attach to the net proceeds of the sale, on the terms as more specifically described in the Motion; and also authorizing the Trustee to pay the Real Estate Broker, Re/Max Greater Atlanta, its commission of $5,000.00 at closing; and authorizing Trustee to disburse at closing such monies as are necessary to transfer title and/or ownership.

The Trustee has certified that the Trustee's Motion and Notice of Assignment of Hearing were deposited in the mail, postage paid, on September 7, 2010, and thus served on all creditors and parties in interest.

A hearing on the Chapter 7 Trustee's Motion to Sell was held on September 28, 2010 in order to rule on any objections asserted. No person or party in interest filed or asserted a timely objection to the proposed sale.

Accordingly, the Trustee having given satisfactory notice of intent to sell property of the estate, and the proof of service of this notice having been presented to the Court, and no person or party in interest having filed or asserted an objection to the proposed sale after notice, and the sale being in the best interests of this estate and its creditors, and due deliberation having been had thereon, it is hereby,

**ORDERED,** that (1) the Trustee is authorized to sell the estate's interest in the unimproved land located on Land Lot 114 of the 10th District of Habersham County, Georgia, and consists of Tract 1A (2.00 acres, more or less), and Tract 1E (2.00 acres, more or less), as shown on Plat of Survey dated September 22, 2008, to Dr. Malcolm Anthony McAlister for $50,000.00 (fifty thousand dollars) on the terms as more specifically described in the Motion, free and clear of liens, with any liens to attach to the net proceeds of the sale; and (2) Trustee is authorized to pay the Broker's commission in the amount of $5,000.00 at closing; and (3) the

Trustee is authorized to pay at closing any and all unpaid real estate taxes, transfer taxes, and

other such fees and expenses as are necessary to transfer title and/or ownership or anything else

that must be paid to close per the sales contract; and the Trustee shall hold the remaining

proceeds in the Estate account pending further order of the Court.

## END OF DOCUMENT

Prepared and submitted by:

/s/ Albert Nasuti

Albert F. Nasuti, Esq.
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Counsel for Chapter 7 Trustee

Distribution List:

Case 09-20039-reb
Northern District of Georgia
Gainesville
                    2010

Hometown Community Bank
P. O. Box 218
Braselton, GA 30517-0004

Embassy National Bank
c/o Jody Charles Campbell
Webb,Tanner,Powell, Mertz & Wilson, LLP
P.O. Box 1390
Lawrenceville, GA 30046-1390

Habersham Developments, LLC
584 Skyland Drive
Cornelia, GA 30531-4383

Suntrust Bank
Wendy L. Hagenau, Esq.
One Atlantic Center
14th Floor
1201 West Peachtree Street
Atlanta, GA 30309-3471

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

Stonebridge Accounting Strategies, Inc.
P.O. Box 1290
Grayson, GA 30017-0025

Gainesville Division
Room 120 Federal Building
121 Spring Street,  SE
Gainesville, GA 30501-3749

Embassy National Bank
1812 N. Brown Road
STE 20
Lawrenceville, GA 30043-1801

Hometown Community Bank
Attn:  David Dyer
6700 Hwy 53
P.O. Box 218
Braselton, GA 30517-0004

Hometown Community Bank
Attn: Ralph L. Taylor, III
219 Boulevard, NE
Gainesville, GA 30501-3603

Jimmy Sellers
7652 Dicks Hill Pkwy
Cornelia GA 30563-2704

Joseph Clark
P.O. Box
Cornelia, GA  30531

Lovell & Duvall Miller & Associates Inc
1405 Bill Ramsey Rd
Clarkesville, GA  30523

Ms. Marta Martin
379 Rocky Ridge Trail
Clarkesville GA 30531-4590

Ms. Paige Pace
3751 Jim Moore Road
Dacula GA 30019-1025

SunTrust
Attn:  Pamela Blosser
121 E. Butler Pkwy
Gainesville, GA  30501

SunTrust Bank
c/o Pamela Blosser, Vice President
Mail Code GA-ATL-0922
25 Park Place - 7th Floor
Atlanta, GA 30303-2918

SunTrust Bank for First Nat Bank Gwinnett
c/o Gwendolyn J. Godfrey, Esq
Bryan Cave Powell Goldstein
1201 West Peachtree Street, 14th Floor
Atlanta, GA 30309-3471

United Community Bank
1472 Highway 411 Byp
Cornelia, GA  30531

United Community Bank
1472 Hwy 411 By-Pass
Cornelia  GA 30531

United Community Bank
c/o B. Walker Entwistle, Esq.
303 Peachtree Street, NE
2800 Suntrust Plaza
Atlanta, Georgia 30308

Walter Matlock
333 Old Clarksville Mill Road
Clarksville, GA 30523-4664

c/o Wendy L. Hagenau, Esq.
Gwendolyn J. Godfrey, Esq.
Bryan Cave Powell Goldstein
1201 West Peachtree Street
14th Floor
Atlanta, GA 30309-3471

Albert F. Nasuti
40 Technology Parkway South
Suite 300
Norcross, GA 30092-2924

John J. McManus
John J. McManus & Associates, P.C.
3554 Habersham at Northlake
Tucker, GA 30084-4009

Martha A. Miller
Martha A. Miller, P.C.
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303-1608

c/o Ron C. Bingham United Community Bank
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA 30308

End of Label Matrix
Mailable recipients     27
Bypassed recipients      0
Total                   27