IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: | CHAPTER 7 |
|---|---|
| HABERSHAM DEVELOPMENTS, LLC, | CASE NO. 09-20039-REB |
| Debtor | HONORABLE ROBERT E. BRIZENDINE |

### REPORT OF SALE

**NOW COMES** Albert F. Nasuti, Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1. The Trustee sold real property of the estate consisting of 4 acres (Tract 1A and Tract 1E) located in Cornelia, Georgia, on October 11, 2010, as ordered and approved by the Court on September 30, 2010.

2. Attached hereto is the closing statement on the sale that lists the property sold, the name of the purchaser, and the price received.

Dated this 2nd day of November, 2010.

/s/    *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: | CHAPTER 7 |
|---|---|
| HABERSHAM DEVELOPMENTS, LLC, | CASE NO. 09-20039-REB |
| Debtor | HONORABLE ROBERT E. BRIZENDINE |

## CERTIFICATE OF SERVICE

I do hereby certify that today I caused the foregoing Report of Sale to be served upon the parties listed below, by depositing a copy of same in the United States Mail with adequate postage affixed thereon properly addressed to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

John J. McManus
John J. McManus & Associates, P.C.
3554 Habersham at Northlake
Tucker, GA 30084

Martha A. Miller
Martha A. Miller, P.C.
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303

Dated this 2nd day of November, 2010.

/s/   *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111



OMB No. 2502-0265

# A. Settlement Statement (HUD-1)

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number: D1059522 | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| MALCOLM ANTHONY MCALISTER<br>1042 NORTH SHORE DRIVE<br>ANDERSON, SC 29625 | ALBERT F. NASUTI AS AND ONLY AS TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF HABERSHAM DEVELOPMENTS, LLC<br>4 ACRES HABERSHAM DEVELOPMENT<br>CORNELIA, GA | |

| G. Property Location | H. Settlement Agent | (770) 396-8535 |
|---|---|---|
| 4 ACRES HABERSHAM DEVELOPMENT<br>CORNELIA, GA<br>LL 114, 10TH DIST., HABERSHAM, TRACT 1A<br>TRACT 1E, PARCEL # 083 048B | CAMPBELL & BRANNON, L.L.C.<br><br>Place of Settlement<br>990 HAMMOND DRIVE<br>ONE LAKESIDE COMMONS<br>ATLANTA, GEORGIA 30328 | I. Settlement Date<br>10/11/10<br>DD: 10/11/10 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 50,000.00 | 401. Contract sales price | 50,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 1,241.00 | 403. | |
| 104. 2010 HABERSHAM COUNTY TAXES | 1,001.16 | 404. | |
| 105. PAYOFF FOR TAX EXECUTION | 2,318.47 | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes              to | | 406. City/town taxes              to | |
| 107. County taxes       10/11 to 12/31 | 222.18 | 407. County taxes       10/11 to 12/31 | 222.18 |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 54,782.81 | **420. GROSS AMOUNT DUE TO SELLER** | 50,222.18 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | 5,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 5,037.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. PROCEEDS TO TRUSTEE | 40,185.18 |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes              to | | 510. City/town taxes              to | |
| 211. County taxes              to | | 511. County taxes              to | |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 5,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 50,222.18 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 54,782.81 | 601. Gross amount due to seller (line 420) | 50,222.18 |
| 302. Less amounts paid by/for borrower (line 220) | 5,000.00 | 602. Less reduction amount due to seller (line 520) | 50,222.18 |
| **303. CASH          FROM          BORROWER** | 49,782.81 | **603. CASH          TO          SELLER** | |

| L. SETTLEMENT CHARGES: | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ 5,000.00 to RE/MAX GREATER ATLANTA | | | | |
| 702. $ to | | | | |
| 703. Commission paid at Settlement | | | | 5,000.00 |
| 704. | | | | |
| 705. | | | | |
| 800. Items Payable in Connection with Loan | | P.O.C. | | |
| 801. Our origination charge | $ | (from GFE#1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE#2) | | |
| 803. Your adjusted origination charges | | (from GFE A) | | |
| 804. Appraisal fee | | (from GFE#3) | | |
| 805. Credit report | | (from GFE#3) | | |
| 806. Tax service | | (from GFE#3) | | |
| 807. Flood certification | | (from GFE#3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | | |
| 901. Daily interest charges from to @$ /day | | (from GFE#10) | | |
| 902. Mortgage insurance premium for to | | (from GFE#3) | | |
| 903. Homeowner's insurance for to | | (from GFE#11) | | |
| 904. | | | | |
| 905. | | | | |
| 1000. Reserves Deposited with Lender | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE#9) | | |
| 1002. Homeowner's insurance mo. @ $ per mo. $ | | | | |
| 1003. Mortgage insurance mo. @ $ per mo. $ | | | | |
| 1004. City property taxes mo. @ $ per mo. $ | | | | |
| 1005. County property taxes mo. @ $ per mo. $ | | | | |
| 1006. Annual Assessments mo. @ $ per mo. $ | | | | |
| 1007. mo. @ $ per mo. $ | | | | |
| 1008. mo. @ $ per mo. $ | | | | |
| 1009. Aggregate Adjustment $ | | | | |
| 1100. Title Charges | | | | |
| 1101. Title services and lender's title insurance | | (from GFE#4) | 875.00 | |
| 1102. Settlement or closing fee   CAMPBELL & BRANNON, L.L.C. | $ | 650.00 (from GFE#4) | | |
| 1103. Owner's title insurance   STEWART TITLE GUARANTY COMP | | (from GFE#5) | 280.00 | |
| 1104. Lender's title insurance | | | | |
| 1105. Lender's title policy limit | | | | |
| 1106. Owner's title policy limit   50,000.00 --- 280.00 | | | | |
| 1107. Agent's portion of the total title insurance premium   STEWART TITLE GUARANTY COMPANY/C | $ | 224.00 | | |
| 1108. Underwriter's portion of the total title insurance premium | $ | 56.00 | | |
| 1109. TITLE EXAMINATION   ITS TITLE | $ | 150.00 (from GFE#4) | | |
| 1110. | | | | |
| 1111. | | | | |
| 1112. MAIL OUT FEE   CAMPBELL & BRANNON, L.L.C. | $ | 75.00 (from GFE#4) | | |
| 1113. RELEASE FEE   CAMPBELL & BRANNON, L.L.C. | | (from GFE#4) | | 25.00 |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Government recording charges | | (from GFE#7) | 12.00 | |
| 1202. Deed $ 12.00   Mortgage $   Releases $ | | | | |
| 1203. Transfer taxes | | (from GFE#8) | 74.00 | |
| 1204. City/county tax/stamps Deed $   Mortgage $ | | | | |
| 1205. State tax/stamps Deed $ 50.00   Mortgage $ | | | | |
| 1206. | | | | |
| 1207. RECORDING FOR QUITCLAI   CAMPBELL AND BRANNON RECORDING ACCO | | (from GFE#8) | | 12.00 |
| 1208. RECORDING FOR AFFIDAVI   CAMPBELL AND BRANNON RECOR | $ | 24.00 (from GFE#8) | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Required services that you can shop for | | (from GFE#6) | | |
| 1302. | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | 1,241.00 | 5,037.00 |

## ACKNOWLEDGEMENT AND RECEIPT OF SETTLEMENT STATEMENT

DATE: **OCTOBER 11, 2010**

PURCHASER/BORROWER: **MALCOLM ANTHONY MCALISTER**

SELLER: **ALBERT F. NASUTI, AS AND ONLY AS TRUSTEE IN THE BANKRUPTCY FOR THE ESTATE OF HABERSHAM DEVELOPMENTS, LLC**

PROPERTY ADDRESS: **4 ACRES HABERSHAM DEVELOPMENT**

Purchaser and Seller acknowledge that each has received, reviewed, and approved the entries appearing on the Settlement Statement, and each acknowledge receipt of a copy of same. Purchaser acknowledges receipt of a copy of the Truth in Lending Disclosures, if any, prior to consummation of the loan transaction. Purchaser further acknowledges receipt and disbursement on his behalf of the loan proceeds in full. Seller acknowledges receipt and payment in full of the proceeds due Seller from the settlement.

If the proration of taxes and assessments was made based on estimated amounts prior to receipt of current actual bills; the buyer will be responsible for payment of all current tax bills. The payment of all outstanding taxes and assessments not paid at settlement are assumed by Purchaser/Borrower.

Purchaser/Borrower and Seller acknowledge that settlement agent and Lender make no representations as to the status of any outstanding or past due water, sewerage or other utility bills applicable to the property. The status of such items shall be determined by and are the responsibility of the Purchaser.

Purchaser and Seller agree that should any inadvertent errors or omissions later be discovered in any documents executed at settlement, they shall promptly execute such corrective documents.

As part of the consideration of this sale, the contract between the parties is by reference incorporated herein and made a part hereof; the terms and conditions contained therein shall not survive the closing and shall not merge upon delivery of the Warranty Deed.

SELLER:

_____
ALBERT F. NASUTI, AS AND ONLY AS
TRUSTEE IN THE BANKRUPTCY FOR THE
ESTATE OF HABERSHAM DEVELOPMENTS, LLC

BORROWER:

*/s/ Malcolm Anthony McAlister*
MALCOLM ANTHONY MCALISTER

CAMPBELL & BRANNON, L.L.C. ("CB")

BY: _____
    Settlement Agent

2103339v1

## ACKNOWLEDGEMENT AND RECEIPT OF SETTLEMENT STATEMENT

DATE: OCTOBER 11, 2010

PURCHASER/BORROWER: MALCOLM ANTHONY MCALISTER

SELLER: ALBERT F. NASUTI, AS AND ONLY AS TRUSTEE IN THE BANKRUPTCY FOR THE ESTATE OF HABERSHAM DEVELOPMENTS, LLC

PROPERTY ADDRESS: 4 ACRES HABERSHAM DEVELOPMENT

Purchaser and Seller acknowledge that each has received, reviewed, and approved the entries appearing on the Settlement Statement, and each acknowledge receipt of a copy of same. Purchaser acknowledges receipt of a copy of the Truth in Lending Disclosures, if any, prior to consummation of the loan transaction. Purchaser further acknowledges receipt and disbursement on his behalf of the loan proceeds in full. Seller acknowledges receipt and payment in full of the proceeds due Seller from the settlement.

If the proration of taxes and assessments was made based on estimated amounts prior to receipt of current actual bills; the buyer will be responsible for payment of all current tax bills. The payment of all outstanding taxes and assessments not paid at settlement are assumed by Purchaser/Borrower.

Purchaser/Borrower and Seller acknowledge that settlement agent and Lender make no representations as to the status of any outstanding or past due water, sewerage or other utility bills applicable to the property. The status of such items shall be determined by and are the responsibility of the Purchaser.

Purchaser and Seller agree that should any inadvertent errors or omissions later be discovered in any documents executed at settlement, they shall promptly execute such corrective documents.

As part of the consideration of this sale, the contract between the parties is by reference incorporated herein and made a part hereof; the terms and conditions contained therein shall not survive the closing and shall not merge upon delivery of the Warranty Deed.

SELLER:

_____
ALBERT F. NASUTI, AS AND ONLY AS
TRUSTEE IN THE BANKRUPTCY FOR THE
ESTATE OF HABERSHAM DEVELOPMENTS, LLC

BORROWER:

_____
MALCOLM ANTHONY MCALISTER


CAMPBELL & BRANNON, L.L.C. ("CB")

BY: _____
    Settlement Agent

2103339v1