

**IT IS ORDERED as set forth below:**

Date: May 7, 2013

_____

**Robert E. Brizendine**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: | CHAPTER 7 |
|---|---|
| HABERSHAM DEVELOPMENTS, LLC, | CASE NO. 09-20039-REB |
| Debtor | HONORABLE ROBERT E. BRIZENDINE |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S SECOND MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND AUTHORIZING TRUSTEE TO DISBURSE FUNDS AT CLOSING**

The Chapter 7 Trustee, Albert F. Nasuti, filed a Second Motion for Authority to Sell Real Property of the Estate Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and Authorizing Trustee to Disburse Funds at Closing (hereinafter the "Motion") pursuant to 11 U.S.C. §363(b)(1) seeking an Order authorizing Trustee to sell the estate's interest in unimproved land located on Land Lot 114 of the 10th District of Habersham County (Tracts 1C1, 1C2, 1C3, and 1C4 or collectively referenced to as Tract 1C), Georgia (hereinafter, the "Property"), at a private sale to E-Wong Ventures, LLC for $4,000.00, free and clear of liens, with any liens to attach to the net proceeds of the sale, on the terms as more specifically described in the Motion; and also authorizing the Trustee to pay the Real Estate Broker, Sun

Realty Group, LLC, its commission of $1,000.00 at closing; and authorizing Trustee to disburse at closing such monies as are necessary to transfer title and/or ownership.

The Trustee has certified that the Trustee's Motion and Notice of Assignment of Hearing were deposited in the mail, postage paid, on April 1, 2013, and thus served on all creditors and parties in interest.

A hearing on the Chapter 7 Trustee's Motion to Sell was held on April 24, 2013 in order to rule on any objections asserted. No person or party in interest filed or asserted a timely objection to the proposed sale.

Accordingly, the Trustee having given satisfactory notice of intent to sell property of the estate, and the proof of service of this notice having been presented to the Court, and no person or party in interest having filed or asserted an objection to the proposed sale after notice, and the sale being in the best interests of this estate and its creditors, and due deliberation having been had thereon, it is hereby,

**ORDERED,** that (1) the Trustee is authorized to sell the estate's interest in the unimproved land located on Land Lot 114 of the 10th District of Habersham County (Tracts 1C1, 1C2, 1C3, and 1C4 or collectively referenced to as Tract 1C), Georgia (hereinafter, the "Property"), at a private sale to E-Wong Ventures, LLC for $4,000.00 (four thousand dollars) on the terms as more specifically described in the Motion, free and clear of liens, with any liens to attach to the net proceeds of the sale; and (2) Trustee is authorized to pay the Broker's commission to Sun Realty Group, LLC in the amount of $1,000.00 at closing; and (3) the Trustee is authorized to pay at closing any and all unpaid real estate taxes, transfer taxes, and other such fees and expenses as are necessary to transfer title and/or ownership or anything else that must be paid to close per the sales contract; and the Trustee shall hold the remaining proceeds in the Estate account pending further order of the Court.

**END OF DOCUMENT**

Prepared and submitted by:

/s/ *Albert Nasuti*

_____
Albert F. Nasuti, Esq.
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Counsel for Chapter 7 Trustee

```
DISTRIBUTION LIST                  Carr & Gibbs, Attorneys at Law, P.C.   Embassy National Bank
Case 09-20039-reb                  562 Washington Street                  c/o Jody Charles Campbell
Northern District of Georgia       PO Box 999                             Webb,Tanner,Powell, Mertz & Wilson, LLP
Gainesville                        Clarkesville, GA 30523-0017            P.O. Box 1390
                                                                          Lawrenceville, GA 30046-1390


Habersham Developments, LLC        Hometown Community Bank                Office of the United States Trustee
584 Skyland Drive                  P. O. Box 218                          Room 362
Cornelia, GA 30531-4383            Braselton, GA 30517-0004               75 Spring Street, SW
                                                                          Atlanta, GA 30303-3330


Stonebridge Accounting Strategies, Inc.   Sun Realty Group, LLC           Suntrust Bank
P.O. Box 1290                      Michael Felton                         Wendy L. Hagenau, Esq.
Grayson, GA 30017-0025             6340 Sugarloaf Parkway, Suite 200      One Atlantic Center
                                   Duluth, GA 30097-4329                  14th Floor
                                                                          1201 West Peachtree Street
                                                                          Atlanta, GA 30309-3488


Embassy National Bank              Hometown Community Bank                Hometown Community Bank
1812 N. Brown Road                 Attn:  David Dyer                      Attn: Ralph L. Taylor, III
STE 20                             6700 Hwy 53                            219 Boulevard, NE
Lawrenceville, GA 30043-1801       P.O. Box 218                           Gainesville, GA 30501-3603
                                   Braselton, GA 30517-0004


Jimmy Sellers                      Joseph Clark                           Lovell & Duvall Miller & Associates Inc
7652 Dicks Hill Pkwy               P.O. Box                               1405 Bill Ramsey Rd
Cornelia GA 30563-2704             Cornelia, GA  30531                    Clarkesville, GA  30523


Ms. Marta Martin                   Ms. Paige Pace                         SunTrust
379 Rocky Ridge Trail              3751 Jim Moore Road                    Attn:  Pamela Blosser
Clarkesville GA 30531-4590         Dacula GA 30019-1025                   121 E. Butler Pkwy
                                                                          Gainesville, GA  30501


SunTrust Bank                      SunTrust Bank for First Nat Bank Gwinnett   SunTrust Bank for First Nat Bank Gwinnett
c/o Pamela Blosser, Vice President J ALan McNabb                         c/o Gwendolyn J. Godfrey, Esq
Mail Code GA-ATL-0922              25 Park Place, 8th Floor               Bryan Cave Powell Goldstein
25 Park Place - 7th Floor          Mail Code:  GA-ATL-0925                1201 West Peachtree Street, 14th Floor
Atlanta, GA 30303-2918             Atlanta  GA 30303-2918                 Atlanta, GA 30309-3471

United Community Bank              United Community Bank                  United Community Bank
1472 Highway 411 Byp               1472 Hwy 411 By-Pass                   c/o B. Walker Entwistle, Esq.
Cornelia, GA  30531                Cornelia  GA 30531                     303 Peachtree Street, NE
                                                                          2800 Suntrust Plaza
                                                                          Atlanta, Georgia 30308


Walter Matlock                     c/o Wendy L. Hagenau, Esq.             Albert F. Nasuti
333 Old Clarksville Mill Road      Gwendolyn J. Godfrey, Esq.             40 Technology Parkway South
Clarksville, GA 30523-4664         Bryan Cave Powell Goldstein            Suite 300
                                   1201 West Peachtree Street             Norcross, GA 30092-2924
                                   14th Floor
                                   Atlanta, GA 30309-3471


John J. McManus                    Martha A. Miller                       Neil C. Gordon
John J. McManus & Associates, P.C. Schulten, Ward & Turner                Arnall Golden Gregory LLP
Suite 510                          Suite 2700                             171 17th Street, N.W.
4500 Hugh Howell Road              260 Peachtree Street, NW               Suite 2100
Tucker, GA 30084-4746              Atlanta, GA 30303-1240                 Atlanta, GA 30363-1031
```

c/o Ron C. Bingham United Community Bank  
Stites & Harbison, PLLC  
303 Peachtree Street, NE  
2800 SunTrust Plaza  
Atlanta, GA 30308