IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE:                        | CHAPTER 7                        |
|-------------------------------|----------------------------------|
| HABERSHAM DEVELOPMENTS, LLC,  | CASE NO. 09-20039-REB            |
| Debtor                        | HONORABLE ROBERT E. BRIZENDINE   |

## REPORT OF SALE

**NOW COMES** Albert F. Nasuti, Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1. The Trustee sold real property of the estate consisting of 2.11 acres on Chase Road, Cornelia, Georgia, on May 30, 2013 (with the distributions made on June 13, 2013), as ordered and approved by the Court on May 7, 2013 (Docket #188).

2. Attached hereto is the closing statement on the sale that lists the property sold, the name of the purchaser, and the price received.

Dated this 8th day of July, 2013.

/s/    *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111

OMB NO. 2502-0265

## A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
## SETTLEMENT STATEMENT

**B. TYPE OF LOAN:**
1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS.

**6. FILE NUMBER:** 3490.00309
**7. LOAN NUMBER:**
**8. MORTGAGE INS CASE NUMBER:**

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (3490.00309.PFD/3490.00309/4)

**D. NAME AND ADDRESS OF BUYER:**
E-Wong Ventures LLC
241 Chattahoochee Street
Cornelia, GA 30531

**E. NAME AND ADDRESS OF SELLER:**
Albert F. Nasuti, as and only as Chapter 7
Trustee for the Bankruptcy Estate of
Habersham Developments, LLC
40 Technology Parkway S, Ste 300
Norcross, GA 30092

**F. NAME AND ADDRESS OF LENDER:**

**G. PROPERTY LOCATION:**
2.11 acres. Chase Road
Cornelia, GA 30531
Habersham County, Georgia

**H. SETTLEMENT AGENT:**
Thompson, O'Brien, Kemp & Nasuti, PC

**PLACE OF SETTLEMENT**
40 Technology Pkwy South, Suite 300
Norcross, GA 30092

**I. SETTLEMENT DATE:**
May 30, 2013
Disburse: 06/13/13

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 4,000.00 | 401. Contract Sales Price | 4,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (Line 1400) | 1,280.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes       to | | 406. City/Town Taxes       to | |
| 107. County Taxes       to | | 407. County Taxes       to | |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | 5,280.00 | **420. GROSS AMOUNT DUE TO SELLER** | 4,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 250.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 1,000.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by seller | 250.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes       to | | 510. City/Town Taxes       to | |
| 211. County Taxes       to | | 511. County Taxes       to | |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | 250.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 1,250.00 |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Buyer (Line 120) | 5,280.00 | 601. Gross Amount Due To Seller (Line 420) | 4,000.00 |
| 302. Less Amount Paid By/For Buyer (Line 220) | ( 250.00) | 602. Less Reductions Due Seller (Line 520) | ( 1,250.00) |
| 303. CASH ( X FROM ) ( TO ) BUYER | 5,030.00 | 603. CASH ( X TO ) ( FROM ) SELLER | 2,750.00 |

**Substitute Form 1099-S:**

SELLER'S TAX ID SOLICITATION: THE INFORMATION IN BLOCKS E, G, H, I AND ON LINES 401, 406, 407 and 408 IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS ITEM IS REQUIRED TO BE REPORTED AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.  YOU ARE REQUIRED BY LAW TO PROVIDE THE SETTLEMENT AGENT WITH YOUR CORRECT TAXPAYER IDENTIFICATION NUMBER.  IF YOU DO NOT PROVIDE THE SETTLEMENT AGENT WITH YOUR CORRECT TAXPAYER IDENTIFICATION NUMBER, YOU MAY BE SUBJECT TO CIVIL OR CRIMINAL PENALTIES IMPOSED BY LAW.

For sales or exchanges of certain real estate, the person responsible for closing a real estate transaction must report the real estate proceeds to the Internal Revenue Service and must furnish this statement to you. To determine if you have to report the sale or exchange of your main home on your tax return, see the 2013 Schedule D (Form 1040) instructions. If the real estate was not your main home, report the transaction on Form 4797, Sales of Business Property, Form 6252, Installment Sale Income, and/or Schedule D (Form 1040), Capital Gains and Losses. You may have to recapture (pay back) all or part of a Federal mortgage subsidy if all the following apply: a) You received a loan provided from the proceeds of a qualified mortgage bond or you received a mortgage credit certificate; b) Your original mortgage loan was provided after 1990, and; c) You sold or disposed of your home at a gain during the first 9 years after you received the Federal mortgage subsidy. This will increase your tax. See Form 8828, Recapture of Federal Mortgage Subsidy, and Pub. 523, Selling Your Home.

If you have already paid the real estate tax for the period that includes the sale date, subtract the amounts on Lines 406, 407 & 408 from the amount already paid to determine your deductible real estate tax. But if you have already deducted the real estate tax in a prior year, generally report this amount as income on the "Other income" line of Form 1040. For more information, see Pub. 523.

For Paperwork Reduction Act Notice, see the 2013 Instructions for Forms 1099, 1098, 5498, and W-G2.
Department of the Treasury - Internal Revenue Service

UNDER PENALTIES OF PERJURY, I CERTIFY THAT THE NUMBER SHOWN BELOW ON THIS STATEMENT IS MY CORRECT TAXPAYER IDENTIFICATION NUMBER.

_____    _____    _____/s/ Nasuti_____    _____
Seller's Signature                          Seller's Signature                          Seller's Signature                          Seller's Signature
TaxID/SSN: 38-6893375              TaxID/SSN:                                TaxID/SSN:                                TaxID/SSN:

## L. SETTLEMENT CHARGES

| | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price    $         @       %         1,000.00 | | | |
| *Division of Commission (line 700) as Follows:* | | | |
| 701. $ 1,000.00     to  Sun Realty Group, LLC | | | |
| 702. $               to | | | |
| 703. Commission Paid at Settlement | | | 1,000.00 |
| 704.                                 to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee     1.0000 %     to | | | |
| 802. Loan Discount               %         to | | | |
| 803. Appraisal Fee                         to | | | |
| 804. Credit Report                         to | | | |
| 805. Lender's Inspection Fee               to | | | |
| 806. Mortgage Ins. App. Fee                to | | | |
| 807. Assumption Fee                        to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From       to        @  $        /day  (    days     %) | | | |
| 902. MIP TotIns. for LifeOfLoan   for   months to | | | |
| 903. Hazard Insurance Premium for    1.0 years  to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance             months  @  $         per month | | | |
| 1002. Mortgage Insurance           months  @  $         per month | | | |
| 1003. City/Town Taxes              months  @  $         per month | | | |
| 1004. County Taxes                 months  @  $         per month | | | |
| 1005. Assessments                  months  @  $         per month | | | |
| 1006.                              months  @  $         per month | | | |
| 1007.                              months  @  $         per month | | | |
| 1008.                              months  @  $         per month | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee       to | | | |
| 1102. Abstract or Title Search        to | | | |
| 1103. Title Examination               to  Reginald Hudspeth, LLC | | 750.00 | |
| 1104. Title Insurance Binder          to | | | |
| 1105. Document Preparation            to  Thompson, O'Brien, Kemp & Nasuti, PC | | 50.00 | |
| 1106. Notary Fees                     to | | | |
| 1107. Attorney's Fees                 to  Thompson, O'Brien, Kemp & Nasuti, PC ) | | 450.00 | |
| *(includes above item numbers:* | | | |
| 1108. Title Insurance                 to                                      ) | | | |
| *(includes above item numbers:* | | | |
| 1109. Lender's Coverage            $ | | | |
| 1110. Owner's Coverage             $      4,000.00 | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $      26.00; Mortgage $       ;    Releases $ | | 26.00 | |
| 1202. City/County Tax/Stamps: Deed                  ; Security Deed | | | |
| 1203. State Tax/Stamps:     Deed           4.00; Security Deed | | 4.00 | |
| 1204. Intangible Tax | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey                         to | | | |
| 1302. Pest Inspection                to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 1,280.00 | 1,000.00 |

Certified to be a true copy.

# ACKNOWLEDGEMENT AND RECEIPT

**Closing Date:** May 30, 2013
**Disbursement Date:** June 13, 2013
**Buyer:** E-Wong Ventures LLC
**Seller:** Albert F. Nasuti, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Habersham Developments, LLC
**Property:** Tracts located on Chase Road, Cornelia, Habersham County, GA 30531

Buyer and Seller acknowledge that each has received, reviewed, and approved the entries appearing on the Settlement Statement, and each acknowledges receipt of a copy of same, and each party hereto authorizes Settlement Agent to disburse pursuant thereto. Buyer acknowledges that Settlement Agent has represented the Seller in this transaction and the Buyer have had the opportunity to review documents and obtain its own counsel for the closing of this transaction. Seller acknowledges receipt and payment in full of the proceeds due to Seller from the settlement.

Buyer and Seller agree that should any inadvertent errors or omissions later be discovered in any documents executed at settlement, they shall promptly execute such corrective documents and remit such sums as may be required to adjust or correct such errors or omissions.

As part of the consideration of this sale, the contract between the parties is by reference incorporated herein and made a part hereof. The consummation of this transaction shall be deemed to be full performance and discharge of all of the Seller's obligations under the contract. Notwithstanding the foregoing, the provisions of Section 5 of the Trustee's Special Stipulations, between the parties which is attached to the contract accepted by seller on March 27, 2013, as well as any other provision which contemplates performance or observance subsequent to the closing, shall survive the closing and shall not merge upon delivery of the Trustee's Deed and other conveyance documents.

This is to certify that the undersigned Buyer and Seller acknowledge, understand and agree that Thompson, O'Brien, Kemp & Nasuti, P.C., has not checked any utility bills, including but not limited to gas, electric, telephone or water and sewer bills on this property. All parties agree that Thompson, O'Brien, Kemp & Nasuti, P.C. will not be responsible for any of these bills except those shown on the closing statement, if any.

The parties acknowledge, understand and agree that Thompson, O'Brien, Kemp & Nasuti, P.C. is representing Seller in this transaction and acting as agent for the title insurer. Buyer has been given the opportunity to retain its own separate counsel. Buyer's waiver of the option to retain its own counsel is made knowingly and voluntarily.

The undersigned does hereby acknowledge receipt of a copy hereof this 30th day of May, 2013.

**BUYER:**                                                   **SELLER:**

E-Wong Ventures LLC

_____                    _____
Chee Man Wong                                           Albert F. Nasuti, as and only as
Title: Manager.                                              Chapter 7 Trustee for the Bankruptcy
                                                                       Estate of Habersham Developments,
                                                                       LLC

The Settlement Statement is a complete, true and correct account of funds received and disbursed in closing the above-described transaction.

_____
Delia C. Elder, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: | CHAPTER 7 |
|---|---|
| HABERSHAM DEVELOPMENTS, LLC, | CASE NO. 09-20039-REB |
| Debtor | HONORABLE ROBERT E. BRIZENDINE |

### CERTIFICATE OF SERVICE

I do hereby certify that today I caused the foregoing Report of Sale to be served upon the parties listed below, by depositing a copy of same in the United States Mail with adequate postage affixed thereon properly addressed to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

John J. McManus
John J. McManus & Associates, P.C.
3554 Habersham at Northlake
Tucker, GA 30084

Martha A. Miller
Martha A. Miller, P.C.
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303

Dated this 8th day of July, 2013.

/s/   *Albert F. Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111